NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MAGID GLOVE & SAFETY MANUFACTURING CO. LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

2022-1793

Appeal from the United States Court of International Trade in No. 1:16-cv-00150-TCS, Senior Judge Timothy C. Stanceu.

**ON MOTION**

PER CURIAM.

**O R D E R**

Magid Glove & Safety Manufacturing Co. LLC moves unopposed for leave for arguing counsel Lawrence M. Friedman to appear remotely at the argument scheduled for September 7, 2023, consistent with the court's Revised Protocols for In-Person Arguments.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mr. Friedman will be permitted to present argument by videoconference. The following protocols apply:

(1) The Clerk's Office will provide additional instructions to counsel. Arguing counsel will be required to adhere to those instructions and attend a mandatory orientation to be scheduled by Clerk's Office staff.

(2) Only Mr. Friedman will be permitted to access the videoconference for argument. The Clerk's Office will provide arguing counsel access credentials for the argument, and arguing counsel are prohibited from sharing this information, except as necessary to ensure their technical equipment is sufficiently configured to participate in argument.

(3) Arguing counsel, their support staff, and any associates or designees must not record, photograph, broadcast, transmit or permit to be transmitted, or otherwise capture any audio, video, or image from any aspect of the argument, or otherwise distribute the videoconference credentials or connection information.

(4) All counsel are advised that the court will not entertain any motions to expand access to the videoconference beyond arguing counsel. Audio of the argument will continue to be streamed online for co-counsel, parties, and members of the public. Video of the argument will not be provided.

FOR THE COURT

September 5, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court