# United States Court of Appeals
# for the Federal Circuit

---

**MAGID GLOVE & SAFETY MANUFACTURING CO. LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1793

---

Appeal from the United States Court of International Trade in No. 1:16-cv-00150-TCS, Senior Judge Timothy C. Stanceu.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 6, 2023
Date

Jarrett B. Perlow
Clerk of Court